IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR BRENNAN MALLOY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv898-MHT |
| | ) | (WO) |
| COUNTY OF MONTGOMERY, | ) | |
| ALABAMA, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the state court's denial of his motion to reconsider his sentence, and the state court's denial of his related motion for relief from judgment, and his conviction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed because his claims are not cognizable in this civil action.  Also before the court are plaintiff's objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of February, 2016.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE