IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ARTHUR BRENNAN MALLOY,       )
                             )
    Plaintiff,               )
                             )
                             )        CIVIL ACTION NO.
    v.                       )          2:15cv898-MHT
                             )              (WO)
COUNTY OF MONTGOMERY,        )
ALABAMA, et al.,             )
                             )
    Defendants.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(3) This lawsuit is dismissed without prejudice, and with no costs taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 29th day of February, 2016.**

                                                                     **/s/ Myron H. Thompson**
                                              **UNITED STATES DISTRICT JUDGE**